CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, ANTONIO FERNANDEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORDSTROM, INC., a Washington Corporation,<br><br>　　　　Defendants, | Case No.: 2:21-cv-00254-JFW-SK<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

　　　The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: March 25, 2021　　　　/s/ Amanda Seabock
　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　Attorney for Plaintiff