# DENIED
## BY ORDER OF THE COURT

*The Court will not vacate dates until counsel can represent that they have an enforceable settlement*

3/25/2021

*[signature: John F. Walter]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, | ) Case No.: 2:21-cv-00254-JFW-SK |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NORDSTROM, INC., a Washington Corporation, | ) |
| Defendants. | ) |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____        _____
HONORABLE JOHN F. WALTER
United States District Judge