CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Keith Rozanski (Bar No. 232330)
krozanski@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100
Attorneys for Defendant
Nordstrom, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br>v.<br><br>NORDSTROM, INC., a Washington Corporation,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00254-JFW-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: June 09, 2021 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: June 09, 2021 | HAIGHT BROWN & BONESTEEL LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Keith Rozanski<br>Keith Rozanski |
| 10 | | Attorneys for Defendant<br>Nordstrom, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Keith Rozanski, counsel for Nordstrom, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 09, 2021            CENTER FOR DISABILITY ACCESS

                                  By:   /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff